(85 South. 816)
## AMERICAN INS. CO. v. BLUMBERG SHOE CO. (6 Div. 110.)

(Supreme Court of Alabama. June 30, 1920.)

Appeal from Circuit Court, Jefferson County; Romain Boyd, Judge.

Action by the Blumberg Shoe Company against the American Insurance Company. From judgment for plaintiff, defendant appeals. Transferred from Court of Appeals under Acts 1911, p. 450, § 6. Affirmed.

Coleman & Coleman & Spain & Fisk, of Birmingham, for appellant.

Cabaniss & Cabaniss, of Birmingham, for appellee.

McCLELLAN, J. Affirmed on the authority of Blumberg Shoe Co. v. Phœnix Assur. Co., 203 Ala. 551, 84 South. 763, and Phœnix Assur. Co. v. Blumberg Shoe Co., ante, p. 443, 85 South. 815.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.